UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CORNELIS LOPES AND THE CITIZENS OF NEWARK, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF NEWARK, <br><br> Defendant. | Case No: C 09-5644 SBA <br><br> **ORDER DISMISSING ACTION** |

On December 1, 2009, Plaintiff Cornelius Lopes filed a pro se complaint against the City of Newark, along with an application to proceed in forma pauperis. He alleges that "Measure L" is discriminatory and violates his right to equal protection under the United State Constitution. Though not entirely clear from the Complaint, it appears that Measure L establishes a 3.9% utility tax payable by residents of the City of Newark.

On March 11, 2010, the Court issued an Order dismissing the action on two independent grounds under 28 U.S.C. § 1915(e). First, the Court found that the information proffered by Plaintiff in his affidavit was insufficient to convince the Court that he lacked the financial means to pay the $350 filing fee. Second, the Court concluded that Plaintiff failed to allege "enough facts to state a claim to relief that is plausible on its face." Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007).

The Court specified that by no later than March 19, 2010, Plaintiff was to either pay the $350 filing fee or submit an amended Application to Proceed In Forma Pauperis providing specific details regarding Plaintiff's sources of income and proof of his inability to afford the civil filing fee. The Court also directed Plaintiff to file an amended complaint "that identifies the provisions of Measure L at issue and the reasons why it discriminates against persons on

1  account of their race." Order at 1-2 (Docket 9). The Court warned Plaintiff that the failure to
2  comply with these requirements would result in the dismissal of this action. However, Plaintiff
3  has neither filed an amended in forma pauperis affidavit nor has he paid the filing fee. Plaintiff
4  also has failed to file an amended complaint to correct the deficiencies of the original
5  complaint. Accordingly,

6      IT IS HEREBY ORDERED THAT the instant action is DISMISSED. Said dismissal is
7  without prejudice to Plaintiff's ability to present his claims in a paid complaint. The Clerk
8  shall close the file and terminate any pending matters.

9      IT IS SO ORDERED.

10 Dated: March 24, 2010

                                           SAUNDRA BROWN ARMSTRONG
                                           United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LOPES et al,

        Plaintiff,

  v.

CITY OF NEWARK, CALIFORNIA et al,

        Defendant.
_____/

                                Case Number: CV09-05644 SBA

                                **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cornelius Lopes
6251 Quartz Place
Newark, CA 94560

Dated: March 25, 2010
                                Richard W. Wieking, Clerk

                                By: LISA R CLARK, Deputy Clerk